Eugene J. Egan (State Bar No. 130108)
  *eje@manningllp.com*
Paul Hanna (State Bar No. 222012)
  *pxh@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
Target Corporation

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOI EWIK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | USDC Case No.: 2:16-cv-03907 R(SKx)<br><br>ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT<br><br>Action Filed:   May 2, 2016 |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff JOI EWIK for Limiting Plaintiff's Available and limiting  recovery to $70,000 in exchange for Remanding the instant matter to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein.  This matter is hereby remanded to the Los Angeles County Superior Court, Case No.  MC026283.

Dated: October 20, 2016

_____
Hon. MANUEL REAL
UNITED STATES DISTRICT JUDGE